UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

DEBRA BAKER,                         )
                                     )
            Plaintiff,               )
                                     )   Case No. 4:18-cv-00751 CAS
vs.                                  )
                                     )
FANGIO ENTERPRISES, INC. and         )
TUESDAY MORNING, INC.,               )
                                     )
            Defendants.              )

## MEMORANDUM OF DISMISSAL

NOW COMES Plaintiff, stating that the said cause has been settled with all Defendants, hereby dismisses all Defendants from this case **with prejudice** to Plaintiff, with each party to bear its own costs.

LAW OFFICE OF NATHAN S. COHEN

By:   /s/ Nathan S. Cohen
      Nathan S. Cohen, #36072
      210 South Bemiston Avenue
      St. Louis, MO 63105
      (314) 727-6088 - Telephone
      (314) 727-6081 - Facsimile
      nathan@nathanscohen.com
      *Attorneys for Plaintiff*

SO ORDERED: _____          DATE: 8/30/2018
                    JUDGE